IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Popoola, Abiola M | Case Number:  06 B 01218 |
| | Judge:  Squires, John H |
| Printed: 12/10/08 | Filed:  2/13/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 10, 2008
Confirmed: April 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 23,667.85 | |
| Secured: | | 19,696.46 |
| Unsecured: | | 689.44 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 1,281.62 |
| Other Funds: | | 0.33 |
| Totals: | 23,667.85 | 23,667.85 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Dennis G Knipp | Administrative | 2,000.00 | 2,000.00 |
| 2. | MB Financial | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 5. | Chicago Municipal Employees CU | Secured | 0.00 | 0.00 |
| 6. | Chicago Municipal Employees CU | Secured | 0.00 | 0.00 |
| 7. | City Of Chicago | Secured | 384.00 | 384.00 |
| 8. | Washington Mutual | Secured | 12,890.61 | 12,890.61 |
| 9. | MB Financial | Secured | 7,278.41 | 6,421.85 |
| 10. | Capital One | Unsecured | 634.93 | 24.34 |
| 11. | T Mobile USA | Unsecured | 526.99 | 20.20 |
| 12. | Peoples Energy Corp | Unsecured | 1,883.58 | 72.20 |
| 13. | City Of Chicago | Unsecured | 8.05 | 0.00 |
| 14. | Commonwealth Edison | Unsecured | 1,271.19 | 48.73 |
| 15. | Asset Acceptance | Unsecured | 940.40 | 36.05 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | 528.00 | 20.24 |
| 17. | Portfolio Recovery Associates | Unsecured | 2,797.82 | 107.24 |
| 18. | Asset Acceptance | Unsecured | 503.51 | 19.30 |
| 19. | Check N Go | Unsecured | 285.43 | 0.00 |
| 20. | RoundUp Funding LLC | Unsecured | 8,900.56 | 341.14 |
| 21. | Chicago Municipal Employees CU | Secured | | No Claim Filed |
| 22. | AT&T Wireless | Unsecured | | No Claim Filed |
| 23. | McLeod USA | Unsecured | | No Claim Filed |
| 24. | PDL Financial Services | Unsecured | | No Claim Filed |
| 25. | Standard Heating & Cooling | Unsecured | | No Claim Filed |
| 26. | Sprint | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Popoola, Abiola M

Printed: 12/10/08

Case Number: 06 B 01218
Judge: Squires, John H
Filed: 2/13/06

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Village of Oak Park | Unsecured | | No Claim Filed |
| 28. SBC | Unsecured | | No Claim Filed |
| 29. Charter One Bank | Unsecured | | No Claim Filed |
| 30. Telecom USA | Unsecured | | No Claim Filed |
| 31. Check Into Cash | Unsecured | | No Claim Filed |
| | | $ 40,833.48 | $ 22,385.90 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 146.02 |
| 5% | 85.48 |
| 4.8% | 129.53 |
| 5.4% | 779.30 |
| 6.5% | 141.29 |
| | $ 1,281.62 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

